DAVID L. WRIGHT   #189346
1882 S Caliente Rd
Palm Springs, CA 92264
ph:  760-969-8800
email: dlwright@gmx.com

Attorney for Plaintiff
Dan Hartmann

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN HARTMANN<br>    Plaintiff<br><br>vs.<br><br>CHRISTIAN HANSON; ELEVEN UNKNOWN DEPUTY UNITED STATES MARSHALS; RIVERSIDE COUNTY; ROD PACHECO; DAVID BRIAN GREENBERG; HAWLEE KANE LARSON; ARMANDO MUNOZ; CARREN ROBINSON; AND DOES I TO X, inclusive<br>    Defendants | No. CV-09-3227-WHA<br><br>STIPULATION AND <s>PROPOSED</s> ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

Plaintiff and Defendant Hanson (by special appearance of the U.S. Attorney) ask the court to continue this case for at least 70 days.

### Introduction

1. Plaintiff is Dan Hartmann; defendants are members of the U.S. Marshal's Service, the Riverside District Attorney's Office, and the Riverside Sheriff's Office.

2. Plaintiff is suing defendants for a *Bivens* and related actions.

3. The case is set for a Case Management Conference on October 22, 2009.

### Request for Continuance

4. Assistant United States Attorney James A Scharf hereby makes a special appearance in this action for the sole and limited purpose of signing this stipulation

**1**
**Agreed Motion for Continuance**

and requesting a continuance of the initial case management conference.

5. Federal defendant Christian Hanson received a copy of the summons and complaint on August 12, 2009. However, F.R.C.P. 4 requires plaintiff to personally serve both the individual defendants and the Office of the United States Attorney. Assistant United States Attorney James A. Scharf will be served with a copy of the summons and complaint. Defendant Hanson's response to the complaint will thus be due 60 days after service on AUSA Scharf.

6. AUSA Scharf has advised that on October 10, 2009, the Office of the General Counsel of the United States Marshals Service has requested the United States Department of Justice to authorize the United States Attorney's Office for the Northern District of California to represent the individual federal defendants in this action. The United States Department of Justice has not yet responded to this request. Once the United States Department of Justice approves the request for representation, AUSA Scharf will promptly file an answer and make the required initial disclosures on behalf of the federal defendants. AUSA Scharf will promptly respond to the complaint on behalf of the federal defendant Hanson.

7. Additionally, Plaintiff's attorney is scheduled to be in court in Montana during the week of the 19th, and will not be back in California in time to make the required court appearance.

8. The attorney for the non-federal defendants, Bruce Disenhouse, started trial this week and anticipates it continuing through next week.

9. Attorney for Plaintiff, AUSA Scharf, and Attorney Bruce Disenhouse agree to this continuance. This Stipulation and proposed Order is submitted with the signatures of Wright and Scharf; Disenhouse, being in trial, will sign it tonight or tomorrow and it will be resubmitted with all three signatures.

Conclusion

11. Given the status of this case as summarized above, the parties jointly request that the initial case management conference be continued for 70 days.

Dated: October 15, 2009

/S/ David L. Wright
_____
David L. Wright
Attorney for Plaintiff Hartmann

/S/ James A Scharf
_____
James A. Scharf
Assistant U.S. Attorney

Dated: October __, 2009

_____
Bruce Disenhouse
Attorney for Defendants Pacheco, Greenberg, Larson, Munoz, and Robinson

ORDER

The case management conference is hereby **CONTINUED** to **December 3, 2009, at 11:00 a.m.**  Please file a joint case management statement at least seven days prior.

Dated: October 16, 2009.

APPROVED
Judge William Alsup

3

**Agreed Motion for Continuance**