JOSEPH P. RUSSONIELLO (SC SBN 44332)
United States Attorney
JOANN SWANSON (SBN 88143)
Chief, Civil Division
JAMES A. SCHARF (SBN 152171)
Assistant United States Attorney

   150 Almaden Blvd.
   Suite 900
   San Jose, CA 95113
   (408) 535-5044

Attorneys for Federal Defendant Christian Hanson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN HARTMANN,        ) <br>      Plaintiff,  )<br>                       )<br>     v.           )<br>                       )<br>CHRISTIAN HANSON, et al.,  )<br>                       )<br>      Defendants.  )<br>                       ) | Case No. CV-09-3227 WHA<br><br>NOTICE OF CLARIFICATION AND STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE DECEMBER 3, 2009 CASE MANAGEMENT CONFERENCE |

    Pursuant to the duty to promptly correct misstatements to the Court, federal defendant Christian Hanson hereby specially appears in this action for the sole and limited purpose of filing this Notice of Clarification and Stipulation and Proposed Order to Continue December 3, 2009 Case Management Conference.

    <u>NOTICE OF CLARIFICATION</u>

    Due to an unintentional mistake in the editing of the Stipulation and Proposed Order to Continue Initial Case Management Conference, that pleading erroneously stated: "Once the United States Department of Justice approves the request for representation, AUSA Scharf will

promptly file an answer and make the require initial disclosures on behalf of the federal defendants." That sentence should have read: "Once the United States Department of Justice approves the request for representation, AUSA Scharf will promptly respond to the complaint on behalf of the federal defendant Hanson" as the following sentence in the pleading makes clear. Counsel for plaintiff has acknowledged the unintentional error.

By way of further update, the United States Department of Justice has now authorized AUSA Scharf to represent federal defendant Hanson in this action. However, federal defendant Hanson has still not been properly served pursuant to FRCP 4, which also requires service on the Office of the United States Attorney. As a professional courtesy, AUSA Scharf has agreed to accept service on his office by mail and the parties expect this to be accomplished soon.

After federal defendant Hanson has been properly served, AUSA Scharf intends to respond to the complaint by filing a motion to dismiss or, in the alternative, a motion for summary judgment, raising the defense of qualified immunity. AUSA Scharf intends to notice that motion for hearing on January 7, 2010. In connection with that motion, AUSA Scharf intends to ask the Court to stay discovery (including initial disclosures) pending adjudication of that motion. *See Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982) ("[u]ntil this threshold immunity question is resolved, discovery should not be allowed."); *accord Crawford-El v. Britton*, 523 U.S. 574, 598 (when defendants plead an immunity defense, "the district court should resolve that threshold question before permitting discovery").

NOTICE OF CLARIFICATION AND STIPULATION AND PROPOSED ORDER
2

STIPULATION AND PROPOSED ORDER TO CONTINUE DECEMBER 3, 2009 CASE MANAGEMENT CONFERENCE

Through counsel, plaintiff and defendant Hanson jointly request that the December 3, 2009 Case Management Conference be continued as AUSA Scharf is not available on that day because he will be taking the deposition of the plaintiff in a multi-party case at 10:00 a.m. in San Jose.  Therefore, the parties jointly request that the December 3, 2009 Case Management Conference be continued to either January 7, 2010 (to occur immediately after the federal defendant's anticipated dispositive motion is heard) or, alternatively, to December 10, 2009.

Respectfully submitted,

Dated: October 20, 2009

                    /S/
James A. Scharf
Assistant United States Attorney
Counsel for Federal Defendant Hanson

Stipulation and Proposed Order approved by plaintiff:

Dated: October 20, 2009

                    /S/
David L. Wright
Counsel for Plaintiff

ORDER

The case management conference is hereby CONTINUED to ~~January 7, 2010 [or~~ December 10, 2009] at 11:00 a.m.  Please file a joint case management statement at least seven days prior.

Dated: October 29, 2009

Hon. William Alsup
United States District Court Judge

APPROVED
Judge William Alsup

NOTICE OF CLARIFICATION AND STIPULATION AND PROPOSED ORDER