1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   DAN HARTMANN,

11          Plaintiff,
                                              No. C 09-03227 WHA
12      v.

13   CHRISTIAN HANSON, ELEVEN
     UNKNOWN DEPUTY UNITED STATES
14   MARSHALS, RIVERSIDE COUNTY, ROD
     PACHECO, DAVID BRIAN GREENBERG,          **ORDER TO SHOW CAUSE**
15   HAWLEE KANE LARSON, ARMANDO
     MUNOZ, CARREN ROBINSON, AND
16   DOES I TO X, inclusive,

17          Defendants.
                                           /
18

19       Attorney David Wright and his client plaintiff Dan Hartmann are **ORDERED** to appear

20   in Courtroom 9 at the federal courthouse, located at 450 Golden Gate Avenue, San Francisco,

21   on **JANUARY 7, 2010, AT 2:00 P.M.**, and to **SHOW CAUSE** why this case should not be

22   dismissed for lack of prosecution and/or why Attorney Wright should not be required to pay

23   fees and/or sanctions due to his failure to appear, or in his absence plaintiff Hartmann to

24   appear, at the regularly scheduled and duly noticed case management conference at 11:00 a.m.

25   on December 10, 2009.  At said conference, counsel for defendant Hanson advised the Court

26   that he had been in communications with Attorney Wright concerning aspects of the

27   conference beforehand so it would seem clear that Attorney Wright was aware of the

28   conference and its date not only from these conversations but also from the notice previously

given when the complaint was filed.  By **NOON ON JANUARY 4, 2010**, Attorney Wright and/or plaintiff must file a declaration explaining any circumstances that would show cause.

**IT IS SO ORDERED.**

Dated:  December 10, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE