**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAN HARTMANN,

    Plaintiff,

  v.

CHRISTIAN HANSON, ELEVEN UNKNOWN DEPUTY UNITED STATES MARSHALS, RIVERSIDE COUNTY, ROD PACHECO, DAVID BRIAN GREENBERG, HAWLEE KANE LARSON, ARMANDO MUNOZ, CARREN ROBINSON, AND DOES I TO X, inclusive,

    Defendants.

No. C 09-03227 WHA

**ORDER TO SHOW CAUSE**

Attorney David Wright and his client plaintiff Dan Hartmann are **ORDERED** to appear in Courtroom 9 at the federal courthouse, located at 450 Golden Gate Avenue, San Francisco, on **JANUARY 7, 2010, AT 2:00 P.M.**, and to **SHOW CAUSE** why this case should not be dismissed for lack of prosecution and/or why Attorney Wright should not be required to pay fees and/or sanctions due to his failure to appear, or in his absence plaintiff Hartmann to appear, at the regularly scheduled and duly noticed case management conference at 11:00 a.m. on December 10, 2009. At said conference, counsel for defendant Hanson advised the Court that he had been in communications with Attorney Wright concerning aspects of the conference beforehand so it would seem clear that Attorney Wright was aware of the conference and its date not only from these conversations but also from the notice previously

given when the complaint was filed.  By **NOON ON JANUARY 4, 2010**, Attorney Wright and/or plaintiff must file a declaration explaining any circumstances that would show cause.

**IT IS SO ORDERED.**

Dated: December 10, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE