IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAN HARTMANN,

    Plaintiff,

  v.

CHRISTIAN HANSON, *et al.*,

    Defendants.

No. C 09-03227 WHA

**ORDER RESCHEDULING HEARING ON ORDER TO SHOW CAUSE**

Early this morning, plaintiff's attorney informed the Court that due to a medical emergency, he would not be able to attend the order to show cause hearing scheduled for this afternoon. Plaintiff's attorney also informed opposing counsel of this emergency, allowing them to avoid unnecessary air travel to San Francisco. Today's hearing is therefore **VACATED**. It will be rescheduled for **8:00 A.M. ON THURSDAY, JANUARY 21, 2010**. The undersigned requests that plaintiff's attorney file a sworn declaration briefly explaining why he was unable to attend today's hearing by **NOON ON TUESDAY, JANUARY 19, 2010**.

**IT IS SO ORDERED.**

Dated: January 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE